# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

SHARON HIERS,

    Plaintiff,

vs.                                       CASE NO. 5:10cv306/RS-MD

MURPHY OIL USA, INC.,

    Defendant.

_____/

## ORDER

Before me is the Joint Motion To Stay Action Pending Arbitration (Doc. 14).

**IT IS ORDERED:**

1. This case is stayed pending arbitration, which the parties shall complete expeditiously.

2. The parties shall file status reports with the court every thirty days, beginning on March 1, 2011.

**ORDERED** on February 8, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**