IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**SHARON HIERS,**

    **Plaintiff,**

**vs.**                                                                                                    **CASE NO. 5:10-cv-306/RS-MD**

**MURPHY OIL USA, INC.,**

    **Defendant.**
_____/

## ORDER

This case has been stayed since February 8, 2011 so that the Parties could conduct binding arbitration (*See* Doc. 15). The Arbitrator has now been selected and the Parties are working to establish an arbitration procedure (*See* Doc. 29). The current pace is unduly sluggish. The Parties are instructed to resolve the arbitration procedures in good faith not later than July 1, 2011, and to complete arbitration not later than August 31, 2011.

**ORDERED** on June 2, 2011.

                                                    /S/ Richard Smoak

                                                    **RICHARD SMOAK**
                                                    **UNITED STATES DISTRICT JUDGE**