IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHARON HIERS,

    Plaintiff,

vs.                               CASE NO. 5:10-cv-306/RS-MD

MURPHY OIL USA, INC.

    Defendant.
_____/

## ORDER

Before me is the Joint Stipulation of Dismissal without Prejudice (Doc. 40).

Pursuant to Fed. R. Civ. P. 41(a)(1), this case is dismissed without prejudice.

**ORDERED** on August 15, 2012.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**